FILED
OCT 2 2 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KIM M. GOFFAR AND STEPHEN L. GOFFAR, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL NO. SA-06-CA-0674-XR |
| | § § | |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § | |

### ORDER EXTENDING STAY TO COMPLETE SETTLEMENT

On this date, came on to be considered the Advisory and Joint Motion of Plaintiffs and Defendant to Extend Stay pending Settlement payment processing and the Court hereby finds that the same should be and is hereby GRANTED. (docket #23)

It is therefore ORDERED that the stay of proceedings Order entered by the Court on September 19, 2007 (Docket No. 22), is hereby EXTENDED until November 30, 2007.

It is further ORDERED, that the parties shall submit appropriate pleadings to conclude this cause on or before November 30, 2007, and if for any reason, they cannot due so, that they submit a written advisory to the court on or before November 30, 2007.

SIGNED this 22nd day of October, 2007.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE